UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARIANNA MARIE FISHER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | No.  2:13-CV-5097-JTR<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

**BEFORE THE COURT** is the parties' stipulated Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 20. Attorney David L. Lybbert represents Plaintiff; Special Assistant United States Attorney Franco L. Becia represents Defendant.  The parties have consented to proceed before a magistrate judge.  ECF No. 8.  After considering the file, and proposed order,

**IT IS ORDERED:**

　　1.　　The parties' Stipulated Motion to Remand, **ECF No. 20**, is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

　　On remand, the administrative law judge (ALJ) shall hold a new hearing and:  (1) reevaluate and further develop the medical evidence of record; (2) reevaluate steps two and three of the sequential evaluation process; (3) reevaluate

ORDER GRANTING STIPULATED MOTION TO REMAND . . . - 1

Plaintiff's credibility pursuant to SSR 96-7p; (4) reevaluate Plaintiff's RFC pursuant to SSR 96-8p; and (5) reevaluate steps four and five of the sequential evaluation process, if necessary, with the assistance of a vocational expert. The ALJ will take any other actions necessary to develop the record, and Plaintiff may submit additional evidence and arguments to the ALJ.

    2.     Judgment shall be entered for **PLAINTIFF**.

    3.     Plaintiff's Motion for Summary Judgment, **ECF No. 18**, is **STRICKEN AS MOOT**.

    4.     An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED April 17, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND . . . - 2